PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: David May                                    Cr.: 03-51-001

Name of Sentencing Judicial Officer: William H. Walls

Date of Original Sentence: 7/13/04

Original Offense: Conspiracy to Commit Theft of Interstate Shipment

Original Sentence: 10 months

Type of Supervision: Supervised Release            Date Supervision Commenced: 6/10/05

Assistant U.S. Attorney: Deborah Gannett           Defense Attorney: David Holman

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
|   | On September 18, 2005 the offender was arrested in Elizabeth, NJ and charged with "Burglary", "Theft of Movable Property" and "Possession of Burglary Tools". |
| 2 | The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**' |
|   | The offender failed to notify the probation officer of his August 18, 2005 arrest. |

I declare under penalty of perjury that the foregoing is true and correct.

By: /s/ Norma de Armas
Norma de Armas
Senior U.S. Probation Officer
Date: 9/26/05

THE COURT ORDERS:
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer
Date: 5 October 2005